United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3725

_____

Alonzo Echols,                              *
                                            *
           Appellant,                       *
                                            *
     v.                                     *  Appeal   from   the   United
States
                                            *  District Court for the
T h e  Jones Store Co.; Monty Martin;                        *
     Western District of Missouri.
R u s s e l l  England; Charles Sartain,                     *
           [UNPUBLISHED]
                                            *
           Appellees.                       *

                              _____

                                   Submitted:      June
5, 1997

                                        Filed: June 10,
1997

                              _____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
                              _____

PER CURIAM.


     Alonzo Echols appeals from the district court's[1] dismissal of his personal injury action for failure to prosecute and to comply with court orders, and the denial of his motion to reconsider.  After reviewing the record and the parties' submissions, we

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

conclude that the district court did not abuse its discretion.  See Sterling v. United

States, 985 F.2d 411, 412 (8th Cir. 1993) (per curiam) (standard of review). Accordingly, the judgment is affirmed.    See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.